**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Heather Dagle,<br><br>                Plaintiff,<br>v.<br><br>Student Assistance Corporation; and DOES 1-10, inclusive,<br><br>                Defendants. | Civil Action No.:  1:12-cv-10249-GAO |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITHOUT PREJUDICE**
**<u>PURSUANT TO RULE 41(a)</u>**

Heather Dagle ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: April 9, 2012

                                                        Respectfully submitted,

                                                        By: <u>/s/ Sergei Lemberg</u>

                                                        Sergei Lemberg, Esq.
                                                        BBO No.: 650671
                                                       Lemberg & Associates L.L.C.
                                                       1100 Summer Street, 3rd Floor
                                                       Stamford, CT 06905
                                                       Telephone: (203) 653-2250
                                                       Facsimile:  (203) 653-3424
                                                       Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 9, 2012, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                              By /s/ Sergei Lemberg_____
                                                    Sergei Lemberg, Esq.